## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## www.flmb.uscourts.gov

In re:

James Harold Hosner,                        Case No. 8:21-bk-04882-RCT

Debtor.[1]                                  Chapter 13

_____/

### MOTION TO ABATE PLAN PAYMENTS TO TRUSTEE

Debtor, by and through the undersigned counsel, hereby files this *Motion to Abate Plan Payments to Trustee* ("Motion"). In support thereof, Debtor states as follows:

1. On September 23, 2021, Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On March 15, 2022, the Court entered an *Order Confirming Plan* (Doc. No. 18).

3. In May of 2023, Debtor was incarcerated. He is scheduled to be released in July of 2024, however the government has frozen his social security payments for the duration of his sentence.

4. Debtor's wife has been working to keep up with his Plan payments, but with the recent increases in costs of living, it has become too burdensome. She is able to make the February 23, 2024 payment, but will not be able to continue thereafter.

5. Accordingly, Debtor seeks to abate the confirmed Chapter 13 Plan payments for the months of March 2024 through July 2024, at which point his social security payments should resume.

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

6.       Debtor is currently in a 36-month Plan and requests that the five months of abated payments be added to the end of the Plan.

WHEREFORE, Debtor respectfully requests that this Court enter an order granting the Motion and for any other relief deemed proper and just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before February 15, 2024, a true and correct copy of the foregoing was served upon the following parties by CM/ECF electronic mail or by U.S. Mail, first-class, postage pre-paid:

United States Trustee - TPA7/13 7
Timberlake Annex, Ste. 1200
501 E. Polk St.
Tampa, FL 33602-3949

Kelly Remick Chapter 13 Trustee
Chapter 13 Trustee
P.O. Box 89948
Tampa, FL 33689-0416

James Harold Hosner
68 Harbor Oaks Circle
Safety Harbor, FL 34695-2829

Midland Credit Management, Inc.
P.O. Box 2037
Warren, MI 48090-2037

Capital One Bank (USA), N.A.
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Wells Fargo Bank, N.A.
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Frontier Communications
Bankruptcy Department
19 John St.
Middletown, NY 10940-4918

*/s/ Jay Weller*
Jay M. Weller, Esq.
Florida Bar No. 985856
WELLER LEGAL GROUP, P.A.
25400 U.S. 19 N., Ste. 150
Clearwater, FL 33763
T: (727) 539-7701
E: jweller@wellerlegalgroup.com